IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr329-MHT |
| | ) | (WO) |
| MARK ALLEN RYALS | ) | |

OPINION AND ORDER

Defendant Mark Allen Ryals moved to dismiss this criminal prosecution under the Double Jeopardy Clause of the Fifth Amendment to the United States Constitution. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Ryals's motion to dismiss be denied. Also before the court are defendant Ryals's objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the objections should be overruled and the recommendation adopted.

Accordingly, it is ORDERED as follows:

(1) The objections (doc. no. 24) are overruled.

(2) The recommendation of the United States Magistrate Judge (doc. no. 23) is adopted.

(3) The motion to dismiss (doc. no. 15) is denied.

DONE, this the 18th day of October, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**