IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr329-MHT |
| | ) | (WO) |
| MARK ALLEN RYALS | ) | |

Order

After considering the evidence submitted for sentencing, the court concluded that defendant Mark Allen Ryals's abuse-ridden childhood caused mental-health problems that have contributed to his criminal conduct. His forensic psychologist expert gave him several *DSM-5* diagnoses, including Alcohol Use Disorder, Severe, in Remission; Cannabis Use Disorder, Moderate, in Remission; Amphetamine Use Disorder, Moderate, in Remission; and found that Major Depressive Disorder, in Remission, could be neither confirmed nor ruled out. The expert wrote that a "significant barrier to Mr. Ryals's adaptive functioning appears to be his inability to appropriately cope with his anger and frustration." Report (doc. no.

59) at 14. She further asserted that he "will likely benefit from individual psychotherapy to explore his feelings and thoughts related to anger, particularly those related to his abusive childhood." *Id.*

\*\*\*

Accordingly, it is ORDERED that, as a special condition of supervised release, defendant Mark Allen Ryals shall participate in mental-health counseling at least twice a month after he is released from treatment at the Fellowship House dual diagnosis program, until further order of the court.

DONE, this the 26th day of February, 2019.

                                            /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE