IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )   CRIMINAL ACTION NO.
     v.                       )       2:18cr329-MHT
                              )           (WO)
MARK ALLEN RYALS              )
```

ORDER

Based upon the representations made on the record on July 30, 2021, it is ORDERED that:

(1) The petition for revocation of supervised release (Doc. 74) is set for a hearing on August 12, 2021, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) By August 2, 2021, the probation officer shall file the evaluation of defendant Mark Allen Ryals (mentioned during the conference call on July 30, 2021) finding that defendant Ryals did not require counseling.

(3) The United States Probation Office is reminded that, when the court has ordered mental-health

treatment or other services for a defendant as part of the conditions of supervision, the probation officer must obtain the permission of the court to forgo providing those services if he decides that such services are not needed. In such a circumstance, the probation officer should formally request a change to the conditions of supervision and file with the court any evaluation obtained suggesting that such services are not needed. At that point, the court will hold a hearing on the requested modification, and may grant the modification, order an additional evaluation, or deny the modification. The probation officer shall provide a copy of this order to the Chief United States Probation Officer and the chief of the supervision section of the United States Probation Office.

DONE, this the 30th day of July, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE