IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
     v.                     )      2:18cr329-MHT
                            )          (WO)
MARK ALLEN RYALS            )
```

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

During the hearing regarding the revocation of
defendant Mark Allen Ryals's supervised release on
August 12, 2021, the court considered the findings of
Ryals' February 10, 2019, forensic evaluation (Doc.
59), conducted by Dr. Lauren Kois, Ph.D., and his
October 2, 2019, Mental Health Intake Assessment and
Report, conducted by LaJessie Williams, of Therapeutic
Counseling Services, LLC.  The court rejects the
findings of the October 2019 report, which is cursory
and fails to acknowledge or account for significant
evidence of Ryals's adverse-childhood experiences,
substance-use disorders, and adverse mental-health
symptoms.  The court adopts the findings of the
February 2019 evaluation by Dr. Kois, which is thorough

and well-supported, including the finding that "[a]dditional information may clarify whether Mr. Ryals meets diagnoses for Major Depressive Disorder, in Remission," Report (Doc. 59) at 11; the finding that a "significant barrier to Mr. Ryals's adaptive functioning appears to be his inability to appropriately cope with his anger and frustration," *id.* at 14; and the finding that Ryals "will likely benefit from individual psychotherapy to explore his feelings and thoughts related to anger, particularly those related to his abusive childhood," *id.* The court also agrees with Dr. Kois's recommendations in the February 2019 evaluation, including the recommendation that Ryals receive "[c]ognitive-behavior therapy (CBT)" in conjunction with "Motivational Interviewing." *Id.*

***

Accordingly, it is ORDERED that the United States Probation Office shall:

2

(1) Arrange for defendant Mark Allen Ryals to have a thorough psychiatric consultation by a licensed psychiatrist to: (a) diagnose whether defendant Ryals suffers from Major Depressive Disorder, in Remission, or any other mental illnesses or substance use disorders; and (b) prescribe any medication, if needed.

(2) Arrange, until further order of the court, for defendant Ryals to receive individual psychotherapy at least twice per month, in accordance with Dr. Kois's recommendations, from a licensed psychologist qualified in CBT and Motivational Interviewing.

Dr. Kois also recommended that defendant Ryals consider family therapy with his partner and children. While the court cannot order as much, it recommends that the supervising United States Probation Officer encourage defendant Ryals to pursue such treatment.

DONE, this the 19th day of August, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**